UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JULIO CESAR SILVA RODRIGUEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-04101-JDE

JUDGMENT

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is denied and dismissed without prejudice.

.

Dated: **AUGUST 3, 2026**

JOHN D. EARLY
United States Magistrate Judge